Cite as 2022 Ark. 154

# SUPREME COURT OF ARKANSAS

No. CV-22-482

| | |
|---|---|
| | **Opinion Delivered:** September 12, 2022 |
| EDDIE ARMSTRONG AND LANCE HUEY, INDIVIDUALLY AND ON BEHALF OF RESPONSIBLE GROWTH ARKANSAS, A BALLOT QUESTION COMMITTEE<br><br>PETITIONERS | AN ORIGINAL ACTION |
| V. | |
| JOHN THURSTON, IN HIS OFFICIAL CAPACITIES AS SECRETARY OF STATE AND CHAIR OF THE STATE BOARD OF ELECTION COMMISSIONERS; STATE BOARD OF ELECTION COMMISSIONERS<br><br>RESPONDENTS | |
| SAVE ARKANSAS FROM EPIDEMIC, A BALLOT QUESTION COMMITTEE; AND DAVID BURNETT, INDIVIDUALLY AND AS CHAIRMAN OF SAVE ARKANSAS FROM EPIDEMIC BALLOT QUESTION COMMITTEE<br><br>INTERVENORS | WRIT OF MANDAMUS ISSUED. |
| SAFE AND SECURE COMMUNITIES, A BALLOT QUESTION COMMITTEE; AND MICHAEL MCCAULEY, INDIVIDUALLY AND AS CHAIRMAN OF SAFE AND SECURE COMMUNITIES<br><br>INTERVENORS | |

**PER CURIAM**

Pursuant to our authority under amendment 80, section 2(E) of the Arkansas Constitution to issue and determine any and all writs necessary in aid of our jurisdiction, we issue a writ of mandamus to the Secretary of State to decide the sufficiency of the proposed initiative petition at issue in this action pursuant to article 5, section 1 of the Arkansas Constitution. The Secretary of State is ordered to file proof of his decision by 4:00 p.m. on Wednesday, September 14, 2022.